**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1978**

---

IRIS RUFFIN-BENNETT,

                                        Plaintiff - Appellant,

        versus

MICHAEL C. KESSLER; THE AMERICAN NATIONAL RED
CROSS,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (CA-04-23)

---

Submitted:  December 29, 2004          Decided:  January 24, 2005

---

Before MICHAEL, MOTZ, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Iris Ruffin-Bennett, Appellant Pro Se.  Kirsten Elizabeth Keating,
BALLARD, SPAHR, ANDREWS & INGERSOLL, Washington, D.C., for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Iris Ruffin-Bennett appeals the district court's order granting summary judgment to Defendants in this action alleging discrimination under Title VII of the Civil Rights Act, a violation of 42 U.S.C. §§ 1981, 1985 (2000), and intentional infliction of emotional distress. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court in its ruling from the bench. See Ruffin-Bennett v. Kessler, No. CA-04-23 (E.D. Va. filed July 16, 2004 & entered July 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED